**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 18-1606**

---

In re:  RAHKEEM CHEEKS,

  Petitioner.

---

On Petition for Writ of Mandamus.  (2:15-cr-00137-1)

---

Submitted:  July 12, 2018                                      Decided:  July 18, 2018

---

Before WILKINSON and TRAXLER, Circuit Judges, and SHEDD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Rahkeem Cheeks, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rahkeem Cheeks petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Cheeks' § 2255 motion on June 21, 2018. Accordingly, because the district court has recently decided Cheeks' case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*